**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

**LISA WILMOTH, individually;
LISA WILMOTH AND BO WILMOTH on behalf
of their minor daughter EMILY WILMOTH**
            Plaintiffs,

                                                                    Case No. 0501251-PHX-FJM

v.

**UNITED STATES OF AMERICA,**
            Defendant.

**FINAL JUDGMENT**

Pursuant to an Order of this Court dated January 19, 2007, which sets out the Court's Findings of Fact and Conclusions of Law following trial of this matter, this Court enters Final Judgment in favor of Plaintiffs and against the United States as follows:

A. $200,000 to Plaintiff Lisa Wilmoth for her loss of consortium;

B. $500,000 to Plaintiffs for Emily Wilmoth's lost future income;

C. $1,500,000 [$1,875,000] to Plaintiffs for Emily Wilmoth's pain and suffering;

D. [$1,500,000] [$1,125,000] to Plaintiffs for Emily Wilmoth's future medical expenses, to be deposited by the Plaintiffs directly into the Irrevocable Reversionary Inter Vivos Medical Care Trust for the Benefit of Emily Wilmoth, established pursuant to an Order of this Court, a copy of which is appended and made a part of this Final Judgment.

E. Pursuant to A.R.S. 14-5101 *et seq.,* Counsel for Plaintiffs shall file with the Superior Court of Arizona County of Maricopa a Petition for Permanent Appointment of Conservatorship of a Minor for the appointment of a conservator for the protection of minor Emily Wilmoth in connection with the damages awarded pursuant to this Final Judgment; and

F. Any amounts recovered by Plaintiffs on behalf of Emily Wilmoth, shall remain on deposit in counsel for Plaintiffs Eric L. Webb's attorney-client trust account with Bank of America, until further order of this Court or order of the Superior Court of

Arizona County of Maricopa in connection the appointment of a conservator.

      Plaintiffs are entitled to post-judgment interest and costs only as provided by law.

      This Court shall retain jurisdiction for the purpose of enforcing this Order, overseeing the Trust created by this Order and resolving any disputes arising from the administration of the Trust.

**SO ORDERED** this _____ day of _____, 2007.

                                                                              _____
                                                                              Frederick J. Martone
                                                                              District Judge

APPROVED AS TO FORM:

For Plaintiffs:        _____
                        Eric Webb, Esquire
                        317 Rosecrans Avenue
                        Manhattan Beach, California 90266

For Defendant:       _____
                        Lawrence Eiser, Esquire
                        U.S. Department of Justice, Torts Branch
                        P.O. Box 888
                        Ben Franklin Station
                        Washington, DC 20044