IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| LISA WILMOTH, individually;<br>LISA WILMOTH AND BO WILMOTH<br>on behalf of their minor daughter EMILY<br>WILMOTH,<br><br>      Plaintiffs,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | No. CV-05-1251-PHX-FJM<br><br>**FINAL JUDGMENT** |

Pursuant to an Order of this Court dated January 19, 2007, which sets out the Court's Findings of Fact and Conclusions of Law following trial of this matter, this Court enters Final Judgment in favor of Plaintiffs and against the United States as follows:

    A.     $200,000 to Plaintiff Lisa Wilmoth for her loss of consortium;

    B.     $500,000 to Plaintiffs for Emily Wilmoth's lost future income;

    C.     $1,500,000 to Plaintiffs for Emily Wilmoth's pain and suffering;

    D.     $1,500,000 to Plaintiffs for Emily Wilmoth's future medical expenses. Once said funds are received by Plaintiffs and their counsel from Defendant, the entire $1,500,000 sum shall be transferred from counsel for Plaintiffs Eric L. Webb's attorney-client trust account with Bank of America and deposited directly into the Irrevocable Reversionary Inter Vivos Medical Care Trust for the Benefit of Emily Wilmoth, established pursuant to an Order of this Court.

E. Pursuant to A.R.S. 14-5101 *et seq.,* Counsel for Plaintiffs shall file with the Superior Court of Arizona in Maricopa County a Petition for Permanent Appointment of Conservatorship of a Minor for the appointment of a conservator for the protection of minor Emily Wilmoth in connection with the damages awarded pursuant to this Final Judgment; and

F. Except as otherwise indicated in paragraph D, above, any amounts recovered by Plaintiffs on behalf of Emily Wilmoth, shall remain on deposit in counsel for Plaintiffs Eric L. Webb's attorney-client trust account with Bank of America, until further order of the Superior Court of Arizona in Maricopa County in connection the appointment of a conservator.

Plaintiffs are entitled to post-judgment interest and costs only as provided by law.

This Court shall retain jurisdiction for the purpose of enforcing this Order, overseeing the Reversionary Trust created by this Order and resolving any disputes arising from the administration of the Trust.

DATED this 10th day of May, 2007.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge